IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **SERENITIVA LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**BRIDGESTONE AMERICAS, INC.**<br><br>  Defendant. | **CIVIL ACTION NO 6:17-cv-291**<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Unopposed Motion to Dismiss with Prejudice of all claims asserted between plaintiff, Serenitiva LLC, and defendant, Bridgestone Americas, Inc., in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims asserted in this suit between Plaintiff Serenitiva LLC and Defendant Bridgestone Americas, Inc. are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk of the Court is directed to close the case.

SIGNED this 12th day of July, 2017.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE